IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15–7–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| MICHELLE ANASTASIA GEISSLER, | |
| Defendant. | |

Before the Court is Defendant Michelle Anastasia Geissler's Unopposed Motion to Terminate Remainder of Supervised Release. (Doc. 76.) The Government does not oppose the motion. (*Id.* at 1.) Geissler's probation officer does not object to terminating supervision in her case. (*Id.* at 2.) Geissler has now successfully served over 2/3—or more than three and a half years—of her five-year term of supervised release. (*Id.*)

A court may "terminate a term of supervised release . . . at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). In determining whether to terminate a term of supervised release, courts consider the factors set forth in 18 U.S.C. § 3553(a). 18 U.S.C. § 3564.

1

Here, "the history and characteristics of the defendant" counsel in favor of granting Geissler's motion. 18 U.S.C. § 3553(a)(1). Although Geissler had two early violations, she has remained in full compliance of her conditions of supervision for over three and a half years, and she has maintained her sobriety from methamphetamine for the duration. (Doc. 76-1 at 7.) Geissler's successful completion of numerous drug counseling programs, and success with maintaining sobriety demonstrates her commitment to a law-abiding lifestyle. Moreover, it is clear that Geissler's positive employment record and commitment to her family demonstrate that she is no longer the person who committed the offense conduct. (*Id.* at 6.) Given this progress, the Court is convinced that the interests of justice warrant early termination of supervision.

Accordingly, IT IS ORDERED that Geissler's Motion (Doc. 76) is GRANTED. The term of supervised release imposed by the July 2, 2015 Judgment (Doc. 63) is TERMINATED as of the date of this Order. Geissler is DISCHARGED from the sentence of supervised release in this case.

DATED this 26th day of January, 2021.

Dana L. Christensen, District Judge
United States District Court